**McGuireWoods LLP**
1251 Avenue of the Americas
20th Floor
New York, NY 10020-1104
Phone: 212.548.2100
Fax: 212.548.2150
www.mcguirewoods.com

Aaron F. Jaroff
Direct: 212.548.2133

# McGUIREWOODS

RECEIVED
MAR 09 2020
CHAMBERS OF
ALVIN K. HELLERSTEIN
U.S.D.J.

ajaroff@mcguirewoods.com
Fax: 212.715.2310

March 9, 2020

*[Handwritten note: The conf. is canceled, and will be re-scheduled, if appropriate, upon the determination of the def'ts' motion. 3-9-2020 /s/ AKH]*

**Via ECF and Fax (212-805-7942)**

Hon. Alvin K. Hellerstein, U.S.D.J.
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1050
New York, New York 10007

Re:   *MMA Fighter Management, Inc. v. Ballengee Group, LLC and Lloyd Pierson*
      **Case No. 1:19-cv-11276-AKH**

Dear Judge Hellerstein:

This firm and the undersigned represents Defendants Ballengee Group, LLC and Lloyd Pierson ("Defendants") in the above-referenced matter. In accordance with Section 1.D of Your Honor's Individual Rules, Defendants respectfully request an adjournment of the upcoming conference, currently scheduled for March 20, 2020, due to undersigned counsel's pre-planned travel away from New York on that date. This is the first request for an adjournment of the conference. The requested adjournment does not affect any other scheduled dates or deadlines, as it is our understanding that Defendants have not been served with the operative Second Amended Complaint, and they have not responded to the Second Amended Complaint. Rather, Defendants have submitted concurrently with this request a Motion to Dismiss the Second Amended Complaint.

Counsel for Plaintiff consents to the request to adjourn the conference. For purposes of potentially rescheduling the conference, undersigned counsel respectfully informs the Court that he has additional pre-planned travel away from New York from April 8, 2020 through April 15, 2020.

Thank you for your consideration of this matter.

Respectfully submitted,

/s/ Aaron F. Jaroff

Aaron F. Jaroff

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/10/2020

cc:   All Counsel of Record (via ECF)

Atlanta | Austin | Baltimore | Brussels | Charlotte | Charlottesville | Chicago | Dallas | Houston | Jacksonville | London | Los Angeles - Century City
Los Angeles - Downtown | New York | Norfolk | Pittsburgh | Raleigh | Richmond | San Francisco | Tysons | Washington, D.C. | Wilmington