UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
**MMA Fighter Management, Inc.**,

                Plaintiff,

-against-                                  19 **CIVIL 11276** (AKH)

## JUDGMENT

**Ballengee Group, LLC and Lloyd Pierson**

                Defendants.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated June 4, 2020, the defendants' motion to dismiss is granted and the Second Amended Complaint is dismissed with prejudice; accordingly, this case is closed.

**Dated:**  New York, New York

       June 5, 2020

                                                **RUBY J. KRAJICK**
                                                **Clerk of Court**

                        **BY:**
                                   S/A D'Agostino_____
                                           **Deputy Clerk**